JOHN E. BAIRD, APPELLEE, v. UNION MUTUAL LIFE INSURANCE COMPANY, APPELLANT.

FILED MARCH 17, 1920. No. 20529.

**Tender.** "A tender, in order to be effectual, must be absolute and unconditional." *Schrandt v. Young*, 62 Neb. 254.

APPEAL from the district court for Lancaster county: P. JAMES COSGRAVE, JUDGE. *Judgment of reversal adhered to as modified.*

*Hainer, Craft & Lane,* for appellant.

*Lincoln Frost,* contra.

PER CURIAM. Motion to modify judgment. Former opinion reported in 103 Neb. 609.

Defendant tendered to plaintiff $3,112.20, and demanded a receipt in full and the execution of a formal release and return of a policy. In view of the decisions, the tender by defendant was conditional and was therefore vitiated. *Schrandt v. Young*, 62 Neb. 254; *Wilkins v. Redding*, 70 Neb. 182; *Parker v. Supreme Tent, K. M. O. W.*, 191 Mo. App. 508; 38 Cyc. 154.

Our former judgment of reversal is therefore modified to permit a recovery of interest, costs and attorney's fees by plaintiff. As modified herein, our former judgment of reversal is adhered to.

JUDGMENT OF REVERSAL ADHERED TO AS MODIFIED.